IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-rj-00006

RAMADA WORLDWIDE, INC.,

    Plaintiff,

v.

ROCKY MOUNTAIN HOTEL, et. al.,

    Defendants.

---

**ORDER REGARDING
PLAINTIFF AND JUDGMENT-CREDITOR RAMADA WORLDWIDE, INC.'S MOTION
FOR ENTRY OF GARNISHEE ORDER (DOCKET NO. 9)**

---

**Entered by United States Magistrate Judge Michael J. Watanabe**

This matter is before the court on the Plaintiff and Judgment-Creditor Ramada Worldwide, Inc's Motion for Entry of Garnishee Order (docket no. 9). The court has reviewed the motion and has taken judicial notice of the court' file. In addition, the court has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law, and order.

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

The court finds:

    1.    That I have jurisdiction over the subject matter and over the parties to this case;

    2.    That venue is proper here in the state and District of Colorado;

2

3. That averments numbered 1 through 5, inclusive, in the subject motion (docket no. 9) are all accurate and correct, and I incorporate by reference those averments as findings by this court;

4. That the writ of garnishment was served on Zbigniew P. Grot on May 24, 2007. That Mr. Grot has not filed any written claim of exemption, and his last day to file such claim of exemption was June 8, 2007;

5. That D.C.COLO.LCivR 7.1 C states, *in pertinent part*, ... "Nothing in this rule precludes a judical officer from ruling on a motion at any time after it is filed.";

6. That in this case there is no just reason to delay in ruling on this subject motion (docket no. 9); and,

7. That the Plaintiff and Judgment-Creditor Ramada Worldwide, Inc. has fully complied with Fed. R. Civ. P. 69 and C.R.C.P. 103.

### ORDER

**WHEREFORE**, based upon these findings of fact and conclusions of law, this Court

**ORDERS** that Plaintiff and Judgment-Creditor Ramada Worldwide, Inc's Motion for Entry of Garnishee Order (docket no. 9) is **GRANTED**.

It is **FURTHER ORDERED** that on or before June 29, 2007, Wells Fargo Bank, N.A., shall deposit into the registry of the United States District Court for the District of Colorado, 901 19th Street, Denver, Colorado 80294, the sum of $3,942.72, which is the

3

current amount in Zbigniew P. Grot's account with Wells Fargo Bank, N.A., for distribution to the Plaintiff and Judgment-Creditor Ramada Worldwide, Inc.

Done this 21st day of June 2007.

                                                  BY THE COURT

                                                  <u>s/ Michael J. Watanabe</u>
                                                  Michael J. Watanabe
                                                  U.S. Magistrate Judge